1  MARCOS D. SASSO (State Bar No. 228905)
   sassom@ballardspahr.com
2  **BALLARD SPAHR LLP**
   2029 Century Park East, Suite 800
3  Los Angeles, CA 90067-2909
   Telephone: 424.204.4400
4  Facsimile: 424.204.4350

5  Attorneys for Defendant
     CITIBANK, N.A.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FITZGERALD,<br><br>              Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A.,<br><br>              Defendant. | Case No. 2:18-cv-00517-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO STAY ACTION AND ARBITRATE ALL CLAIMS** |

# ORDER

Having reviewed the parties' Stipulation to Stay Action and Arbitrate All Claims, and finding good cause, the Stipulation is **GRANTED**.

The case is stayed and all claims will be submitted to binding arbitration before the American Arbitration Association pursuant to the terms of the arbitration agreement contained in the credit card agreements attached to the Stipulation as Exhibit 1-A and 1-B.

IT IS SO ORDERED.

DATED: 5/11/2018 /s/ John A. Mendez_____
United States District Court Judge